DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAWN RENE HOLDING, LLC,** a New Jersey Limited Liability Company,
and **DAVID MATHIESEN,** an individual,
Appellants,

v.

**WORLD JET OF DELAWARE, INC.,** a Delaware corporation, and **RISK
MONDIAL, INC.,** a Florida corporation,
Appellees.

No. 4D2023-0073

[January 11, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE15-016616.

Jonathan A. Ewing of Aero Law Center, Fort Lauderdale, for appellants.

Bruce D. Green of Bruce D. Green, P.A., Fort Lauderdale, for appellee World Jet of Delaware, Inc., and Allen Bosworth, Boca Raton, for appellee Risk Mondial, Inc.

PER CURIAM.

*Affirmed.*

CONNER, KUNTZ and ARTAU, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***